| Date | Pleading Number | |
|---|---|---|
| 4/16/76 | 1 | MOTION & BRIEF -- DEFENDANTS: W. E. SCOTT; E. L. CAPPS; M. H. COVEY; SIMON ASKIN, B. F. BIAGGINI, HENRY U. HARRIS JR.; THOMAS HANCOCK; NEWTON K. HOVERSTOCK; B. JOHN MACKIN; TENNECO INC.; MIDWESTERN GAS TRANSMISSION CO; TENNECO OIL CO; NEWPORT NEWS SHIPBUILDING & DRY DOCK CO.; TENNECO WEST, INC.; HEGGBLADE-MARGULEAS-TENNECO, INC; STOCKDALE DEVELOPMENT CORP.; N. W. FREEMAN; HERBERT ALLEN; J. L. KETELSON; SYDNEY T. ELLIS; S. F. ALLISON; G. H. MEASON; WILLIAM M. CARPENTER; EDWARD J. HARRISON; E. W. HOPKINS; CHRISTOPHER WILSON; H. MALCOLM LOVETT; W. D. P. CAREY (Dec); IRVIN M. SHLENKER (Dec); GARDINER SIMONDS (Dec); EARL RUDDER (Dec.); SUGGESTED TRANSFEREE FORUM: SOUTHERN DISTRICT OF TEXAS EXHIBITS A,B,C,D,E,F,G, and cert. of service |
| 4/28/76 | | APPEARANCES -- BEN H. SCHLEIDER, JR., ESQUIRE -- Lowell G. Raun<br>STUART D. WECHSLER, ESQuire -- Ralph Limer and Herbert Sadowsky for Unity Welfare<br>HARVEY B. COHEN, ESQUIRE -- Alice Tweed Tuohy Foundation<br>RICHARD B. MILLER, ESQUIRE -- Simon Askin, B. F. Biaggini Henry U. Harris, Jr., Thomas Hancock, Newton K. Hoverstock, B. John Mackin, W. E. Scott, E. L. Capps, M. H. Covey<br>PRESTON SHIRLEY, ESQUIRE -- Tenneco, Inc., Midwestern Gas Transmission Co., Tenneco Oil Co., Newport News Shipbuilding & Drydock Co., Tenneco West, Inc., Heggelblade-Marguleas-Tenneco, Inc., Stockdale Development Corp.<br>JOE H. REYNOLDS, ESQUIRE -- N. W. Freeman<br>JOHN C. SNODGRASS, ESQUIRE -- J. L. ketelsen, Sydney T. Ellis<br>DONALD J. MULVIHILL, ESQUIRE -- S. F. Allison, G. H. Meason, William M. Carpenter, Edward J. Harrison E. W. Hopkins, Christopher Wilson, H. Malsolm Lovett, W.D.P. Carey, Irvin M. Shlenker, Gardner Simonds, Earl Rudder, Charles W. Hamilton<br>JOHN L. McCONN, JR., ESQUIRE -- Herbert Allen |
| 4/29/76 | | APPEARANCE -- ABRAHAM I. MARKOWITZ, ESQ. -- Harry Lewis |
| 5/3/76 | 2 | RESPONSE -- ALICE TWEED TOUHY FOUNDATION w/ brief and cert. of service |
| 5/3/76 | 3 | RESPONSE -- LOWELL G. RAUN -- w/cert of service |
| 5/3/76 | 4 | RESPONSE -- RALPH LIMMER w/cert. of service |
| 5/6/76 | 5 | RESPONSE -- MILDRED MILBERG w/cert. of service and Brief |
| 5/6/76 | | APPEARANCE -- HENRY M. ROSENBLUM -- Mildred Milberg |
| 5/10/76 | 6 | RESPONSE -- REPLY -- MOVING DEFENDANTS w/cert. of service |
| 5/10/76 | 7 | RESPONSE -- THOMAS J. ANDERSON w/cert. of service |
| 5/24/76 | | HEARING ORDER -- Setting A-1 through A-6 for hearing June 25, 1976, Boston, Massachusetts. |
| 5/27/76 | 8 | LETTER RESPONSE -- ARTHUR ANDERSON -- Joining in Motion w/cert. of serv. |
| 6/2/76 | | LETTER -- WITHDRAWING OPPOSITION TO TRANSFER -- service indicated PLAINTIFF LIMMER |
| 6/11/76 | | ORDER -- CORRECTING HEARING ORDER OF MAY 24, 1976 to reflect the D.C. action (A-5) as presently pending in the S.D. Texas |

| Date | Pleading Number | |
|---|---|---|
| 6/24/76 | | WAIVER OF ORAL ARGUMENT (6/25/76 Hearing) MILBERG & ANDERSON |
| 1/12/77 | | OPINION AND ORDER -- transferring litigation to the S. D. of Texas. under 28 U.S.C. §1407 for assignment to Judge John V. Singleton |
| 1/12/77 | | CONSENT OF TRANSFEREE COURT FOR Judge Singleton to handle litigation in the S.D. Texas under 28 U.S.C. §1407 |

*opinion & Order 1/12/77 424 F Supp. 1349*

DOCKET NO. 253 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE TENNECO, INC. SECURITIES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 6/25/76

Date(s) of Opinion(s) or Order(s) 1/12/77

Consolidation Ordered xx    Name of Transferee Judge   JOHN V. SINGLETON, JR

Consolidation Denied ___    Transferee District   SOUTHERN DISTRICT OF TEXAS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lowell G. Raun, etc. v. Wilton E. Scott, et al. | S.D.Tex Seals | 76-H-363 | | | 4/28/78 | |
| A-2 | Thomas J. Anderson, etc. v. N. W. Freeman, et al. | S.D.Tex Bue | 76-H-358 | | | 4/28/78 | |
| A-3 | Mildred Milberg, etc. v. N. W. Freeman, et al. | S.D.Tex Singleton | 76-H-354 | | | 4/28/78 | |
| A-4 | Ralph Limmer and Herbert Sadowsky etc. v. N. W. Freeman, et al. | D. Dela Stapleton | 76-82 | 1/12/77 | H-77-341 | 4/28/78 | |
| A-5 | Alice Tweed Tuohy Foundation, etc. v. Herbert Allen, et al. | S.D Texas ~~D.D.C.~~ Hart | ~~76-0555~~ 76-H-717 | | | 4/28/78 | |
| A-6 | Harry Lewis v. N. W. Freeman, et al. | S.D.N.Y. Duffy | 76 Civ. 801 | 1/12/77 | H-77-340 | 4/28/78 | |

*July 1978 - 2 TR / 4 XX2 / 4 DIS / 2 Pdg.*
*July 1979 Closed*

*§1404 consolidation ordered 4/29/77 J. Singleton*
*consolidated with H-77-354*

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 253 -- IN RE TENNECO INC. SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| LOWELL G. RAUN (A-1)<br>Ben H. Schleider, Jr., Esquire<br>Dillingham, Schleider & Masquelette<br>802 Capital National Bank Building<br>Houston, Texas  77002<br><br>THOMAS J. ANDERSON (A-2)<br>Gary J. Near, Esquire<br>473 Jackson Street<br>San Francisco, Calif.  94111<br><br>MILDRED MILBERG (A-3)<br>Henry M. Rosenblum, Esquire<br>4635 Southwest Freeway<br><br>Houston, Texas  77027<br><br>RALPH LIMER AND HERBERT SADOWSKY<br>as Trustees of the UNITY WELFARE<br>FUND (A-4)<br>Stuart D. Wechsler, Esquire<br>Kass, Goodkind, Wechsler & Gerstein<br>122 East 42nd Street<br>New York, New York  10017<br><br>ALICE TWEED TUOHY FOUNDATION (A-5)<br>Harvey B. Cohen, Esquire<br>Leonard, Cohen and Gettings<br>1400 North Uhle Street<br>Arlington, Virginia  22201<br><br>HARRY LEWIS (A-6)<br>Abraham I. Markowitz, Esquire<br>369 Lexington Avenue<br>New York, New York  10017<br><br><br>LIAISON COUNSEL PLAINTIFFS<br>Elliott P. Tucker, Esquire<br>Mandell & Wright<br>1901 First NationalLife Bldg.<br>Houston, Texas  77002 | SIMON ASKIN<br>B. F. BIAGGINI<br>HENRY U. HARRIS, JR.<br>THOMAS HANCOCK<br>NEWTON K. HOVERSTOCK<br>B. JOHN MACKIN<br>W. E. SCOTT<br>E. L. CAPPS<br>M. H. COVEY<br>Richard B. Miller, Esquire<br>Baker & Botts<br>3000 One Shell Plaza<br>Houston, Texas  77002<br><br>TENNECO, INC.<br>MIDWESTERN GAS TRANSMISSION CO.<br>TENNECO OIL CO.<br>NEWPORT NEWS SHIPBUILDING<br>  & DRYDOCK CO.<br>TENNECO WEST, INC.<br>HEGGELBLADE-MARGULEAS-<br>  TENNECO, INC.<br>STOCKDALE DEVELOPMENT CORP.<br>Preston Shirley, Esquire<br>Mills, Shirley, McMicken<br>  & Eckel<br>700 First Hutchings-Sealy<br>  National Bank Building<br>Galveston, Texas  77550<br><br>N. W. FREEMAN<br>Joe H. Reynolds, Esquire<br>Reynolds, White, Allen & Cook<br>1100 Milam Building<br>Houston, Texas  77002<br><br>J. L. KETELSEN<br>SYDNEY T. ELLIS<br>John C. Snodgrass, Esquire<br>Vinson, Elkins, Searls, Connally &<br>  Smith<br>2100 First City National Bank<br>  Building<br>Houston, Texas  77002 |

| Plaintiff | Defendant |
|---|---|
| | S. F. ALLISON<br>G. H. MEASON<br>WILLIAM M. CARPENTER<br>EDWARD J. HARRISON<br>E. W. HOPKINS<br>CHRISTOPHER WILSON<br>H. MALCOLM LOVETT<br>W. D. P. CAREY<br>IRVIN M. SHLENKER<br>GARDINER SIMONDS<br>EARL RUDDER<br>CHARLES W. HAMILTON<br>Donald J. Mulvihill, Esquire<br>Cahill, Gordon & Reindel<br>1819 H. Street, N.W.<br>Suite 900<br>Washington, D.C.   20006<br><br>ARTHUR ANDERSEN & CO.<br>Edward Ross, Esquire<br>Breed, Abbott & Morgan<br>One Chase Manhattan Plaza<br>New York, New York   10005<br><br>HERBERT ALLEN<br>John L. McConn, Jr., Esquire<br>Butler, Binion, Rice, Cook & Knapp<br>1100 Esperson Building<br>Houston, Texas   77002 |

JP Form 3

p. _1_

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _253_ -- IN RE THE TENNECO INC. SECURITIES LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| WILTON E. SCOTT ✓ | A-1       A-4   A-5   A-6 |
| M. H. COVEY ✓ | A-1 |
| E. L. CAPPS ✓ | A-1       A-3 |
| HERBERT ALLEN ✓ | A-1       A-4   A-5   A-6 |
| SIMON ASKIN ✓ | A-1            A-5 |
| B. F. BIAGGINI ✓ | A-1       A-4   A-5   A-6 |
| SIDNEY T. ELLIS ✓ | A-1       A-4   A-5   A-6 |
| THOMAS HANCOCK ✓ | A-1       A-4   A-5   A-6 |
| HENRY U. HARRIS, JR. ✓ | A-1       A-4   A-5   A-6 |
| NEWTON K. HOVERSTOCK ✓ | A-1       A-4   A-5 |

| Name | Items |
|---|---|
| JAMES L. KETELSEN ✓ | A-1    A-4  A-5  A-6 |
| B. JOHN MACKIN ✓ | A-1    A-4  A-5 |
| TENNECO, INC. ✓ | A-1   A-3  A-4  A-5  A-6 |
| MIDWESTERN GAS TRANSMISSION CO. ✓ | A-1    A-4 |
| TENNECO OIL CO. ✓ | A-1    A-4 |
| NEWPORT NEWS SHIPBUILDING & DRYDOCK CO. ✓ | A-1    A-4 |
| TENNECO WEST, INC. ✓ | A-1    A-4 |
| HEGGBLADE-MARGULEAS-TENNECO, INC. ✓ | A-1    A-4 |
| STOCKDALE DEVELOPMENT CORP. ✓ | A-1    A-4 |
| N. W. FREEMAN ✓ | A-1   A-3  A-4  A-5  A-6 |
| ARTHUR ANDERSEN & CO. | A-6 |

JP Form 3

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 253 -- _____
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| S. F. ALLISON ✓ | A-5 |
| G. H. MEASON ✓ | A-5 |
| WILLIAM M. CARPENTER ✓ | A-5 |
| EDWARD J. HARRISON ✓ | A-5 |
| E. W. HOPKINS ✓ | A-5 |
| CHRISTOPHER WILSON ✓ | A-5 |
| W. D. P. CAREY ✓ | A-5 |
| CHARLES W. HAMILTON ✓ | A-5 |
| H. MALCOLM LOVETT ✓ | A-5 |
| IRVIN M. SHLENKER ✓ | A-5 |

p. __4__

| | |
|---|---|
| GARDINER SIMONDS<br><br>✓ | A-5 |
| EARL RUDDER<br>✓ | A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |